# EXHIBIT A

EVENT HISTORY TABLE

EVENT HISTORY RECORDS
   Event #: 1908505237                   Priority: 1A
   Time: 26-Mar-19/10:43:33        Type: MISSTA → MISSING STUDENT
   Response Level: 1
   Src: E                               Loc: 6020 S LANGLEY AV -1 (FISKE -
   Info: SCHOOL OIFFCIE
   Caller: CPS FISKE ELEMENTARY MS. SARCY
   Phone: 7735350990

EVENT REMARKS
   26-Mar-19/11:19:07     D522288     PD04
   Following remarks copied from DUP event #CPD1908505685
Type: BATJO - BATTERY JO
Loc: 6020 S LANGLEY AV (FISKE -NEW)
Caller: CPS FISKE ELEMENTARY-MRS. MILLER
Caller Phone: 7735350990

   26-Mar-19/11:12:54     C554491     PCT27
   CALLER ASKING FOR AMBULANCE ON STUDENT-KENDRICK SHERMAN-4TH GRADE-AFTER
FIGHTING EVERYONE. STUDENT IS BIG BUILD/STRONG.  SUBJ. LEFT AND NOW RETURN
STUDENT WAS KICKING, BITTING, SCRATCHING.  EMS NOT RESPONDING DUE TO STUDE
BEHAVIOR.
DURING CALL POLICE ARRIVED.     NFD-NFI

   26-Mar-19/11:19:07     D522288     PD04
   Preceding remarks copied from DUP event #CPD1908505685

   26-Mar-19/10:43:33     C521392     PCT36
   9-10 YO BOY KENDRICK SHERMAN WEARING A RED SHIRT AND KAHKI
PANTS. WALKED OUT OF SCHOOL AND NEEDS A REPORT NFI

EVENT SUMMARY

| Status | Status Date | By | At |
|--------|-------------|-----|-----|
| WAI | 26-Mar-19/10:43:33 | C521392 | PCT36 |
| DSP | 26-Mar-19/10:53:46 | D308179 | PD04 |
| ACK | 26-Mar-19/10:55:38 | PC0E029 | PMDT5209 |
| CLS | 26-Mar-19/12:42:07 | D305260 | PD03 |

EVENT CHRONOLOGY

| Date/Time | Segment Name | Workstation | Description |
|-----------|--------------|-------------|-------------|

EXHIBIT A