# EXHIBIT B

Page 1

2019-06-28 23:03

EVENT HISTORY TABLE

EVENT HISTORY RECORDS
    Event #: 1911508315                    Priority: 1A
    Time: 25-Apr-19/13:22:46               Type: DISTME → DISTRUBANCE MENTAL
    Response Level: 1
    Src: E                                 Loc: 6020 S LANGLEY AV  -1 (FISKE -NEW)
    Info: FLR 1
    Caller: CPS FISKE ELEMENTARY- CLERK SEARCY
    Phone: 7737522464

EVENT REMARKS
    25-Apr-19/13:22:46    C385978    PCT11
    NEAR THE MAIN OFFICE REQ CIT OFFICER |MALE STUDENT
    BEING VIOLENT OR HARMFUL TO HIMSELF| AND OTHER  UNK MENTAL HISTORY

    25-Apr-19/13:22:46    C385978    PCT11
    Violent or have violent tendencies?(Y)


EVENT SUMMARY
    Status    Status Date              By          At
    ------    -----------              --          --
    WAI       25-Apr-19/13:22:46       C385978     PCT11
    DSP       25-Apr-19/13:27:04       D305260     PD03
    ACK       25-Apr-19/13:27:08       PC0V125     PMDT3430
    DSP       25-Apr-19/13:28:38       D305260     PD03
    ACK       25-Apr-19/13:31:14       PC0Q869     PMDT6014
    ENR       25-Apr-19/13:31:39       PC0Q869     PMDT6014
    DSP       25-Apr-19/13:32:42       DT307830    PD04
    ONS       25-Apr-19/13:34:30       PC0Q869     PMDT6014
    DSP       25-Apr-19/13:35:00       DT307830    PD04
    ACK       25-Apr-19/13:58:00       PC0E029     PMDT5209
    CLS       25-Apr-19/14:26:33       D103661     PD03

EVENT CHRONOLOGY
    Date/Time               Segment Name       Workstation       Description
    ---------               ------------       -----------       -----------

    *25-Apr-19/13:19:48     ALERT              PCT11             Go To Card [CITTRIAGE]
    *25-Apr-19/13:19:52     SIN                PCT11
    CIT123 Violent or have violent tendencies? (Y)
    25-Apr-19/13:22:46      ENTRY              PCT11
    CallerName have been changed.                                                BEAT CAR
    25-Apr-19/13:27:04      DSP                PD03              370
    25-Apr-19/13:27:08      ACK                PMDT3430          370
    25-Apr-19/13:28:38      DSP                PD03              376 *
    25-Apr-19/13:28:43      PREMP              PD03              370

EXHIBIT B