## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YVONNE PINKSTON, on her own behalf and as guardian of the estate of K.S., a minor child, ) ) ) | |
| ) | Case No. 19-cv-6477 |
| Plaintiffs, ) ) | |
| ) | |
| v. ) | |
| ) | |
| THE BOARD OF EDUCATION OF THE ) CITY OF CHICAGO, CYNTHIA MILLER, ) MAURICE POLK, PAMELA SMITH, and ) CITY OF CHICAGO, ) | |
| ) | Jury Trial Demand |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To: Elizabeth Barton
Board of Education of the City of Chicago
1 N. Dearborn St., Suite 900
Chicago, IL 60602

Jeffrey Given
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, #1240A
Chicago, IL 60604

Elizabeth Ekl
Reiter Burns, LLP
311 S. Wacker Dr, Suite 5200
Chicago, IL 60606

Thomas DiCianni
Ancel Glink, P.C.
140 S. Dearborn St, 6th Floor
Chicago, IL 60603

PLEASE TAKE NOTICE that on November 2, 2021, the undersigned caused to be filed electronically with the U.S. District Court, Northern District of Illinois, Eastern District, **PLAINTIFF'S FIRST AMENDED COMPLAINT**.

Respectfully submitted,

/s/ *Daniel Q. Herbert*
Attorney for Plaintiff

The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
dan.herbert@danherbertlaw.com
ARDC# 6273940

## **PROOF OF SERVICE**

I, Daniel Q. Herbert, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on November 2, 2021.

[x] Under penalties as provided by Law pursuant to IL.REV.STAT. Ch. 110-Sec. 1-109 I certify that the Statements set forth herein are true and correct.

/s/ *Daniel Q. Herbert*
Attorney for Plaintiff

The Herbert Law Firm
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
dan.herbert@danherbertlaw.com
ARDC# 6273940